ACCEPTED
14-14-00610-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 9:12:29 PM
CHRISTOPHER PRINE
CLERK

No. 14-14-00610-CR

IN THE

## Court of Appeals
## For the Fourteenth Judicial District of Texas
## At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 9:12:29 PM
CHRISTOPHER A. PRINE
Clerk

_____

# ALAN POZZERLE,

*Appellant*

*v.*

# THE STATE OF TEXAS

*Appellee*

_____

Cause number 1384872
In the 183rd Judicial District Court
Of Harris County, Texas

_____

## *Appellant's Motion for Extension of Time Within Which to file the Appellant's Brief*

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Alan Pozzerle, the appellant, under TEX. R. APP. P. 10.1 & 10.5(b), moves for an extension of time within which to file his appellate brief.  In support of his motion, the appellant submits the following:

(A)    The appellant's brief is due on January 5, 2015.

(B) The appellant seeks an extension of time to file the appellant's brief until, February 4, 2015.

(C) The appellant relies upon the following facts to reasonably explain the need for an extension:

Due to an unexpected hospitalization, the undersigned was unable to complete the appellant's brief by January 5th and requests some additional time.

(D) Two previous motions requesting an extension of time to file the appellant's brief has been requested and granted.

WHEREFORE, the appellant prays that this Court will grant the requested extension until February 4, 2015.

Respectfully submitted,

__/s/__Kelly Smith_____
KELLY ANN SMITH

## CERTIFICATE OF COMPLIANCE & SERVICE

Pursuant to TEX. R. APP. P. 9.5 & 9.4, this certifies that this document contains 268 words and a copy of the foregoing was served on the State at the following address: Devon Anderson, District Attorney, 1201 Franklin, 6th Floor, Houston, Texas 77002.

__/s/__KellySmith_____
KELLY ANN SMITH
Texas Bar No. 00797867

P.O. Box 10751
Houston, TX 77206
281-734-0668
Kelly.A.Smith.06@gmail.com